AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Diane | Utica, NY | 11/26/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Co-Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Bonacquisti Brothers & Assoc., Inc. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Central NY and Capital District Bankruptcy Bar Assns. | 11/2/2012 - 11/3/2012 | Cooperstown, NY | Bar Associations Annual Bankruptcy Conference | mileage, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. UBS FMA (Y) | | | | | | | | | |
| 3. -Fidelity Advisors Small Cap Fund Class A | A | Int./Div. | J | T | | | | | |
| 4. -PACE Money Market Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 5. -Henderson Global Investors Intl Opport Fund A | A | Int./Div. | J | T | | | | | |
| 6. -Mainstay Large Cap Growth Fund Class A | A | Int./Div. | J | T | | | | | |
| 7. -MFS Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 8. -Pioneer Mid Cap Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 9. -FT Templeton Global Bond A | A | Int./Div. | J | T | | | | | |
| 10. -PIMCO Total Return Fund Class A | A | Int./Div. | J | T | | | | | |
| 11. -USB Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 12. -American Funds Growth Fund of America Class B (Y) | | | | | | | | | |
| 13. -Fidelity Advisors Diversified Intl Fund Class B (Y) | | | | | | | | | |
| 14. -Van Kampen Comstock FD Class B (Y) | | | | | | | | | |
| 15. UBS IRS- Mutual Fund (Y) | | | | | | | | | |
| 16. -PIMCO Total Return Fund Class A | A | Int./Div. | | | Sold | 1/19/12 | J | A | |
| 17. -JP Morgan Core Bond Fund Select | A | Int./Div. | J | T | Sold (part) | 1/19/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Oppenheimer Intl Bond FD Class A | A | Int./Div. | J | T | Buy (add'l) | 1/19/12 | J | | |
| 19. -Virtus Multi-Sector Short Term Bond Fund Class A | A | Int./Div. | J | T | Sold (part) | 1/19/12 | J | A | |
| 20. -Calvert FD Calvert Short Duration Income Fund Class Y (Y) | | | | | | | | | |
| 21. -LOOMIS Sayles Investment Grade Bond Class A | A | Int./Div. | | | Sold | 1/19/12 | J | A | |
| 22. -IShares Barclays Aggregate Bond Fund (Y) | | | | | | | | | |
| 23. -IShares Barclays Inter CR BD FD | A | Int./Div. | | | Sold | 1/19/12 | J | A | |
| 24. -PIMCO Total Return Fund Class A Long Term (Y) | | | | | | | | | |
| 25. -PIMCO Total Return Fund Class A Short Term (Y) | | | | | | | | | |
| 26. -Manning & Napier FD, Inc. World Opportunities | A | Int./Div. | J | T | Buy (add'l) | 1/19/12 | J | | |
| 27. -FT Templeton Global Bond A | A | Int./Div. | J | T | | | | | |
| 28. -Calamos Market Neutral Income Fund Class A | A | Int./Div. | J | T | | | | | |
| 29. -RS Value Fund Class A (Y) | | | | | | | | | |
| 30. -Hartford International Opportunities Fund Class A (Y) | | | | | | | | | |
| 31. -Calvert FD Clavert Short Duration Income Fund Class Y (Y) | | | | | | | | | |
| 32. -IShares Trust Russell 100 Value Index Fund (Y) | | | | | | | | | |
| 33. -IShares Trust Growth Indes Fund (Y) | | | | | | | | | |
| 34. -IShares Trust Russell 2000 Value Index FD | A | Int./Div. | | | Sold | 1/19/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IShares Trust Russell 2000 Growth Index Fd | A | Int./Div. | | | Sold | 1/19/12 | J | A | |
| 36. -IShares S&P 100 Index Fund (Y) | | | | | | | | | |
| 37. -IShares Russell Midcap Growth Index (Y) | | | | | | | | | |
| 38. -IShares MSCI EAFE Index Fund | A | Int./Div. | J | T | Buy (add'l) | 9/12/12 | J | | |
| 39. -Oppenheimer Intl Bond Fd Class A (Y) | | | | | | | | | |
| 40. -Oppenheimer Intl Bond Fd Class A Short Term (Y) | | | | | | | | | |
| 41. UBS Roth IRA- Mutual Fund (Y) | | | | | | | | | |
| 42. -PIMCO Total Return Class A (Y) | | | | | | | | | |
| 43. -Fidelity Advisors Diversified Intl Fund Class B (Y) | | | | | | | | | |
| 44. -Fidelity Advisors Diversified Intl Class B (Y) | | | | | | | | | |
| 45. -PIMCO Total Return Class A Long Term (Y) | | | | | | | | | |
| 46. -PIMCO Total Return Class A Short Term (Y) | | | | | | | | | |
| 47. -Van Kampen Comstock FD Class B (Y) | | | | | | | | | |
| 48. -UBS PACE Money Market Investment Fund Class P Short Term | A | Int./Div. | J | T | | | | | |
| 49. -UBS PACE Large Company Growth Equity Investment Fund Class | A | Int./Div. | J | T | | | | | |
| 50. -UBS PACE Intl Emerging Mkts Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 51. -UBS PACE Large Company Value Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52.  -UBS PACE International Equity Investment Fund Class P | A | Int./Div. | J | T | Buy (add'l) | 2/3/12 | J | | |
| 53.  -UBS PACE Small/Medium Co Value Equity Investment Fund | A | Int./Div. | J | T | | | | | |
| 54.  -UBS Global Real Estate Securities Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 55.  -UBS Growth Fund of America Class B (Y) | | | | | | | | | |
| 56.  -UBS Global Fixed Income Investment Fund Class B (Y) | | | | | | | | | |
| 57.  -UBS Government Sec Fixed Income Investment Fund | A | Int./Div. | J | T | | | | | |
| 58.  -UBS Govt Sec Fixed Income Fund Long Term (Y) | | | | | | | | | |
| 59.  -UBS Govt Sec Fixed Income Investment Fund Short (Y) | | | | | | | | | |
| 60.  -UBS Strategic Fixed Income Investment Fund Long | A | Int./Div. | J | T | | | | | |
| 61.  -UBS High Yield Investments Class P | A | Int./Div. | J | T | | | | | |
| 62.  -CSRSX | A | Int./Div. | J | T | | | | | |
| 63.  -GATEX | A | Int./Div. | J | T | | | | | |
| 64.  -FMI Large Cap Fund | A | Int./Div. | J | T | Buy (add'l) | 1/19/12 | J | | |
| 65.  -Riverpark/Wedgewood Retail Funds | A | Int./Div. | J | T | Buy (add'l) | 1/19/12 | J | | |
| 66.  -BIV (Y) | | | | | | | | | |
| 67.  -DDMAX (X) | A | Int./Div. | J | T | | | | | |
| 68.  -UBS PACE Small/Medium Co Growth Equity Inv Class P (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -UBS PACE International Fixed Investment Class P (X) | A | Int./Div. | J | T | | | | | |
| 70. -UBS PACE Alternative Strategies Investments Class P (X) | A | Int./Div. | J | T | Buy (add'l) | 2/3/12 | J | | |
| 71. -Vanguard MSCI Emerging Markets ETF (X) | A | Int./Div. | J | T | | | | | |
| 72. -SPY (X) | A | Int./Div. | K | T | Buy (add'l) | 1/19/12 | J | | |
| 73. -JVMAX (X) | A | Int./Div. | J | T | | | | | |
| 74. -PVFAX (X) | A | Int./Div. | J | T | Buy (add'l) | 1/19/12 | J | | |
| 75. -PEEAX (X) | A | Int./Div. | J | T | | | | | |
| 76. -BIL | A | Int./Div. | J | T | Buy | 5/24/12 | J | | |
| 77. | | | | | Buy (add'l) | 7/25/12 | J | | |
| 78. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 79. -BND | A | Int./Div. | K | T | Buy | 1/19/12 | J | | |
| 80. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 81. -AQMNX (X) | A | Int./Div. | J | T | | | | | |
| 82. -ARBFX (X) | A | Int./Div. | J | T | | | | | |
| 83. -JHAAX | A | Int./Div. | J | T | Buy | 6/13/12 | J | | |
| 84. -MFLDX | A | Int./Div. | J | T | Buy | 2/16/12 | J | | |
| 85. -IAU | A | Int./Div. | J | T | Buy | 9/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Blackrock High Yield Bond A | | | | | Buy | 5/10/12 | J | | |
| 87. | | | | | Sold | 11/13/12 | J | A | |
| 88. -Powershares FTF Trust II | | | | | Buy | 5/10/12 | J | | |
| 89. | | | | | Sold | 11/13/12 | J | A | |
| 90. -SPDR Barclays Capital High Yield ETF | | | | | Buy | 1/19/12 | J | | |
| 91. | | | | | Sold | 5/10/12 | J | A | |
| 92. -SPDR Barclays 1-3 Mth T-Bill ETF | | | | | Buy | 5/24/12 | J | | |
| 93. | | | | | Sold | 9/18/12 | J | A | |
| 94. -SPDR MSCI ACWI Ex-US ETF (Y) | | | | | Sold (part) | 1/19/12 | J | A | |
| 95. | | | | | Sold | 5/10/12 | J | A | |
| 96. -Vanguard Bd Index FD Inc Total Bond Mkt ETF | | | | | Buy | 1/19/12 | J | | |
| 97. | | | | | Sold | 9/18/12 | J | A | |
| 98. -Vanguard Bd Index FD Inc Inter Term Bond ETF (Y) | | | | | Sold | 1/19/12 | J | A | |
| 99. -Vanguard Total Stock Mkt ETF (Y) | | | | | Buy (add'l) | 1/19/12 | J | | |
| 100. | | | | | Sold (part) | 5/10/12 | J | A | |
| 101. | | | | | Sold (part) | 5/18/12 | J | A | |
| 102. | | | | | Buy (add'l) | 9/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/12/12 | J | A | |
| 104. -AQR Managed Futures Strategy Fund No Load Class (Y) | | | | | Sold | 7/25/12 | J | A | |
| 105. -IShares Inc MSCI Japan Index FD (Y) | | | | | Sold | 5/10/12 | J | A | |
| 106. -John Hancock Disciplined Value Mid Cap Fund Class A (Y) | | | | | Sold | 1/19/12 | J | A | |
| 107. -JP Morgan HighBridge Stat Market Neutral Fund A (Y) | | | | | Sold | 6/13/12 | J | A | |
| 108. -Prudential Jennison Mid-Cap Growth Fund Inc A (Y) | | | | | Sold | 1/19/12 | J | A | |
| 109. -SPDR S&P 500 ETF TR (Y) | | | | | Sold | 11/12/12 | J | A | |
| 110. -Touchstone Small Cap Core Fund Class A (Y) | | | | | Sold | 1/19/12 | J | A | |
| 111. -Vanguard Bd Index FD Inc Total Bond Mkt ETF (Y) | | | | | Sold | 9/18/12 | J | A | |
| 112. Brokerage Account #2 | | | | | | | | | |
| 113. NYS Retirement Plan-No control | | None | M | T | | | | | |
| 114. Trustco | A | Interest | J | T | | | | | |
| 115. Keybank | A | Interest | L | T | | | | | |
| 116. SEFCU | A | Interest | K | T | | | | | |
| 117. HSBC | A | Interest | J | T | | | | | |
| 118. Citizens | A | Interest | K | T | | | | | |
| 119. Note Davis Family Assoc, LP (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Trust #1 | F | Int./Div. | P1 | T | | | | | |
| 121.  -Note ▓▓▓ property Perinton, NY, Monroe County | D | Interest | N | U | | | | | |
| 122.  -SBCX (Y) | | | | | | | | | |
| 123.  -Bank Deposit Program Citibank | A | Int./Div. | M | T | | | | | |
| 124.  -XOM | A | Int./Div. | K | T | | | | | |
| 125.  -MS Liquid Asset Fund (formerly Dreyfus Liquid Asset Fund) | A | Int./Div. | L | T | | | | | |
| 126.  -EEM | A | Int./Div. | K | T | Buy (add'l) | 9/20/12 | J | | |
| 127.  -EFA | A | Int./Div. | J | T | | | | | |
| 128.  -IWD | A | Int./Div. | K | T | Sold (part) | 9/20/12 | J | A | |
| 129.  -IJK | A | Int./Div. | J | T | | | | | |
| 130.  -IWF | A | Int./Div. | K | T | | | | | |
| 131.  -IJJ | A | Int./Div. | J | T | | | | | |
| 132.  -SDS (Y) | | | | | | | | | |
| 133.  -ATT (Y) | | | | | | | | | |
| 134.  -Caterpillar Corporate Bond (Y) | | | | | | | | | |
| 135.  -Federal Home Loan Morgage Bond (Y) | | | | | | | | | |
| 136.  -Federal National Mortgage (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -GE Corporate Bond (Y) | | | | | | | | | |
| 138.  -Goldman Sacs Group Corporate Bond | A | Interest | J | T | | | | | |
| 139.  -HYG | A | Int./Div. | K | T | Sold (part) | 10/1/12 | K | A | |
| 140.  -JP Morgan Chase Corporate Bond | A | Interest | J | T | | | | | |
| 141.  -PGF (Y) | | | | | | | | | |
| 142.  -SBC Communications Corporate Bond (Y) | | | | | | | | | |
| 143.  -USBPRJ (Y) | | | | | | | | | |
| 144.  -WSF (Y) | | | | | | | | | |
| 145.  -AXPGJO.O (Y) | | | | | | | | | |
| 146.  -BYOHN.O (Y) | | | | | | | | | |
| 147.  -BAGP.O (Y) | | | | | | | | | |
| 148.  -CVXIO.O (Y) | | | | | | | | | |
| 149.  -PGGK.O (Y) | | | | | | | | | |
| 150.  -PFEIQ.O (Y) | | | | | | | | | |
| 151.  -MMMGM.O (Y) | | | | | | | | | |
| 152.  -UTXHK.O (Y) | | | | | | | | | |
| 153.  -VZGP.O (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -WMTGX.O (Y) | | | | | | | | | |
| 155. -AAGA.O (Y) | | | | | | | | | |
| 156. -TGZ.O (Y) | | | | | | | | | |
| 157. -KOGW.O (Y) | | | | | | | | | |
| 158. -DISGL.O (Y) | | | | | | | | | |
| 159. -XOMGO.O (Y) | | | | | | | | | |
| 160. -GEWGQ.O (Y) | | | | | | | | | |
| 161. -HPQHH.O (Y) | | | | | | | | | |
| 162. JGLHY.O (Y) | | | | | | | | | |
| 163. -NQGS.O (Y) | | | | | | | | | |
| 164. -IBMGC.O (Y) | | | | | | | | | |
| 165. -JPMIH.O (Y) | | | | | | | | | |
| 166. -JNJGL.O (Y) | | | | | | | | | |
| 167. -KFTIY.O (Y) | | | | | | | | | |
| 168. -MCDIY.O (Y) | | | | | | | | | |
| 169. -MZRGT.O (Y) | | | | | | | | | |
| 170. -MSQGN.O (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -AA (Y) | | | | | | | | | |
| 172.  -VZ | A | Int./Div. | J | T | | | | | |
| 173.  -BAC (Y) | | | | | | | | | |
| 174.  -JNJ | A | Int./Div. | J | T | | | | | |
| 175.  -IBM | A | Int./Div. | K | T | | | | | |
| 176.  -MSFT | A | Int./Div. | J | T | | | | | |
| 177.  -MRK | A | Int./Div. | J | T | | | | | |
| 178.  -INTC | A | Int./Div. | J | T | | | | | |
| 179.  -HD | A | Int./Div. | J | T | Sold (part) | 5/25/12 | J | B | |
| 180. | | | | | Buy (add'l) | 6/5/12 | J | | |
| 181.  -HPQ | A | Int./Div. | J | T | | | | | |
| 182.  -UTX | A | Int./Div. | K | T | | | | | |
| 183.  -AXP | A | Int./Div. | J | T | | | | | |
| 184.  -BA | A | Int./Div. | K | T | | | | | |
| 185.  -T | A | Int./Div. | J | T | Sold (part) | 8/13/12 | J | A | |
| 186. | | | | | Buy (add'l) | 8/21/12 | J | | |
| 187.  -PFE | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -JPM | A | Int./Div. | J | T | Buy (add'l) | 2/16/12 | J | | |
| 189. -MCD | B | Int./Div. | | | Sold | 12/21/12 | K | D | |
| 190. -PG | A | Int./Div. | J | T | | | | | |
| 191. -MMM | A | Int./Div. | K | T | | | | | |
| 192. -WMT | A | Int./Div. | K | T | | | | | |
| 193. -KFT | A | Int./Div. | | | Sold | 8/13/12 | J | C | |
| 194. -DD | A | Int./Div. | J | T | Sold (part) | 8/10/12 | J | B | |
| 195. | | | | | Buy (add'l) | 8/14/12 | J | | |
| 196. -GE | A | Int./Div. | J | T | | | | | |
| 197. -DIS | A | Int./Div. | J | T | | | | | |
| 198. -KO | A | Int./Div. | J | T | Sold (part) | 9/21/12 | J | B | |
| 199. | | | | | Sold (part) | 10/16/12 | J | A | |
| 200. -CVX | A | Int./Div. | K | T | | | | | |
| 201. -Berkley Res. Inc. (Y) | | | | | | | | | |
| 202. -Citizens Financial Services, Inc. (Y) | | | | | | | | | |
| 203. -VZ.RQ (Y) | | | | | | | | | |
| 204. -IBM.LA (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -TBT (Y) | | | | | | | | | |
| 206.  -SH (Y) | | | | | | | | | |
| 207.  -KBE (Y) | | | | | | | | | |
| 208.  -XLK (Y) | | | | | | | | | |
| 209.  -SMH (Y) | | | | | | | | | |
| 210.  -CSCO | A | Int./Div. | J | T | | | | | |
| 211.  -WIP | A | Int./Div. | J | T | Sold (part) | 10/1/12 | J | A | |
| 212. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 213.  -US Treasury Notes | B | Interest | K | T | Buy (add'l) | 7/26/12 | J | | |
| 214. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 215. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 216. | | | | | Sold (part) | 10/1/12 | J | A | |
| 217.  -CSJ | A | Int./Div. | J | T | | | | | |
| 218.  -CWB | A | Int./Div. | J | T | Buy (add'l) | 2/1/12 | J | | |
| 219. | | | | | Sold (part) | 10/1/12 | J | A | |
| 220.  -WFC | A | Int./Div. | J | T | | | | | |
| 221.  -Wal Mart Stores JUN short | | | | | Buy | 6/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 4/24/12 | J | A | |
| 223. -Wal Mart Stores JUL short | | | | | Buy | 7/17/12 | J | | |
| 224. | | | | | Sold | 6/12/12 | J | A | |
| 225. -Wal Mart Stores SEP short | | | | | Buy | 8/7/12 | J | | |
| 226. | | | | | Sold | 7/17/12 | J | A | |
| 227. -Concocophillips (X) | A | Interest | J | T | Sold (part) | 8/20/12 | J | A | |
| 228. -IWO (X) | A | Int./Div. | J | T | | | | | |
| 229. -TIP | A | Int./Div. | J | T | Buy | 11/30/12 | J | | |
| 230. -TBF | A | Int./Div. | J | T | Buy | 2/9/12 | J | | |
| 231. -Ford Motor Credit | A | Interest | J | T | Buy | 1/9/12 | J | | |
| 232. -Proctor & Gamble Co (X) | A | Interest | J | T | | | | | |
| 233. -E.I. Du Pont De Nemours (X) | A | Interest | J | T | | | | | |
| 234. -IBM Corp (X) | A | Interest | J | T | | | | | |
| 235. -Pepsico Inc (X) | A | Interest | J | T | | | | | |
| 236. -Government of Canada (X) | A | Interest | K | T | | | | | |
| 237. -Australian Government | A | Interest | J | T | Buy | 12/13/12 | J | | |
| 238. -JSOSX | A | Int./Div. | J | T | Buy | 9/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Australian Government (Y) | | | | | Redeemed | 11/15/12 | J | A | |
| 240.  -Bank of America (Y) | | | | | Redeemed | 9/11/12 | J | A | |
| 241.  -Walgreen Co (Y) | | | | | Sold | 12/13/12 | J | A | |
| 242.  -CAT (X) | A | Int./Div. | K | T | | | | | |
| 243.  -F | A | Int./Div. | J | T | Buy | 1/6/12 | J | | |
| 244.  -USB (X) | A | Int./Div. | J | T | | | | | |
| 245.  -UNH | A | Int./Div. | K | T | Buy | 9/25/12 | J | | |
| 246.  -JP Morgan Strat Inc Opp Sel | | | | | Buy | 9/12/12 | J | | |
| 247. | | | | | Sold | 10/1/12 | J | A | |
| 248.  -IWN (X) | A | Int./Div. | J | T | | | | | |
| 249.  -Sector Rotation Account | D | Int./Div. | L | T | | | | | |
| 250.  Trust #2 | D | Int./Div. | P1 | T | | | | | |
| 251.  ▒ property Middlesex, NY, Yates County | | | O | W | | | | | |
| 252.  -MUXAX (formerly MUXBX) | A | Int./Div. | J | T | | | | | |
| 253.  -HME | A | Int./Div. | J | T | | | | | |
| 254.  -XOM | A | Int./Div. | K | T | | | | | |
| 255.  -EMN | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Goldman Sacs Group Corporate Bond | A | Interest | J | T | | | | | |
| 257. -TIP | A | Int./Div. | J | T | Buy (add'l) | 11/30/12 | J | | |
| 258. -HYG | A | Int./Div. | J | T | | | | | |
| 259. -JP Morgan Chase Corporate Bond | A | Interest | J | T | | | | | |
| 260. -SPY | C | Int./Div. | | | Buy (add'l) | 8/6/12 | J | | |
| 261. | | | | | Sold | 11/8/12 | J | A | |
| 262. -IYT | A | Int./Div. | J | T | Sold (part) | 9/17/12 | J | A | |
| 263. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 264. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 265. -GLD | A | Int./Div. | | | Buy (add'l) | 8/6/12 | J | | |
| 266. | | | | | Buy (add'l) | 8/7/12 | J | | |
| 267. | | | | | Sold | 9/10/12 | J | A | |
| 268. -UNG | A | Int./Div. | | | Buy (add'l) | 4/20/12 | J | | |
| 269. | | | | | Sold (part) | 6/15/12 | J | A | |
| 270. | | | | | Buy (add'l) | 8/15/12 | J | | |
| 271. | | | | | Sold | 9/12/12 | J | A | |
| 272. -DJF (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -EWA | A | Int./Div. | J | T | Buy (add'l) | 5/7/12 | J | | |
| 274. | | | | | Sold (part) | 7/5/12 | K | A | |
| 275. | | | | | Sold (part) | 9/14/12 | J | A | |
| 276. -EPP | A | Int./Div. | J | T | Sold (part) | 9/14/12 | J | A | |
| 277. -EWU | A | Int./Div. | J | T | Sold (part) | 9/14/12 | J | A | |
| 278. -EWQ | A | Int./Div. | J | T | Sold (part) | 9/14/12 | J | A | |
| 279. -EWL | A | Int./Div. | J | T | Sold (part) | 9/14/12 | J | A | |
| 280. -EWG | A | Int./Div. | J | T | Sold (part) | 9/14/12 | J | A | |
| 281. -EWJ | A | Int./Div. | J | T | Buy (add'l) | 5/21/12 | J | | |
| 282. | | | | | Sold (part) | 9/14/12 | J | A | |
| 283. -IEV | A | Int./Div. | J | T | Sold (part) | 9/14/12 | J | A | |
| 284. -IWR | A | Int./Div. | J | T | | | | | |
| 285. -IJH | A | Int./Div. | J | T | | | | | |
| 286. -IWM | A | Int./Div. | J | T | Sold (part) | 10/17/12 | J | A | |
| 287. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 288. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 289. IJR | A | Int./Div. | J | T | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -EWS | A | Int./Div. | J | T | Buy (add'l) | 11/17/12 | J | | |
| 291. | | | | | Sold (part) | 12/3/12 | J | A | |
| 292.  -IYZ (Y) | | | | | | | | | |
| 293.  -QQQ (Y) | | | | | | | | | |
| 294.  -DIA | A | Int./Div. | J | T | Sold (part) | 8/23/12 | J | A | |
| 295. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 296.  -XLP | A | Int./Div. | J | T | Sold (part) | 8/15/12 | J | A | |
| 297.  -XLI | A | Int./Div. | J | T | Sold (part) | 10/16/12 | J | A | |
| 298.  -USO | A | Int./Div. | | | Buy (add'l) | 5/21/12 | J | | |
| 299. | | | | | Sold | 9/19/12 | J | A | |
| 300.  -TBF (Y) | | | | | | | | | |
| 301.  -SHY (Y) | | | | | | | | | |
| 302.  -WIP | A | Int./Div. | J | T | Buy (add'l) | 11/30/12 | J | | |
| 303.  US Treasury Notes | A | Int./Div. | K | T | Buy (add'l) | 7/26/12 | J | | |
| 304. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 305. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 306.  Citibank Bank Deposit Program | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -CSJ | A | Int./Div. | J | T | | | | | |
| 308. -CWB | A | Int./Div. | J | T | Buy (add'l) | 2/1/12 | J | | |
| 309. -US Treasury Bills (X) | A | Interest | J | T | Sold | 1/9/12 | L | A | |
| 310. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 311. -Conocophillips (X) | A | Interest | J | T | Sold (part) | 8/20/12 | J | A | |
| 312. -EWY | A | Int./Div. | J | T | Buy | 5/21/12 | J | | |
| 313. | | | | | Sold (part) | 7/5/12 | J | A | |
| 314. -IWM | A | Int./Div. | J | T | Buy | 5/21/12 | J | | |
| 315. | | | | | Sold (part) | 7/5/12 | J | A | |
| 316. | | | | | Sold (part) | 10/17/12 | J | A | |
| 317. -IDX | | | | | Buy | 5/21/12 | J | | |
| 318. | | | | | Sold | 7/5/12 | J | A | |
| 319. -FXC | | | | | Buy | 5/21/12 | J | | |
| 320. | | | | | Sold | 8/30/12 | J | A | |
| 321. -DBC | | | | | Buy | 5/21/12 | J | | |
| 322. | | | | | Sold | 8/30/12 | J | A | |
| 323. -UUP | | | | | Buy | 3/14/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 5/17/12 | J | A | |
| 325. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 326. | | | | | Buy (add'l) | 9/24/12 | J | | |
| 327. | | | | | Sold (part) | 12/5/12 | J | A | |
| 328. | | | | | Sold (part) | 12/11/12 | J | A | |
| 329. | | | | | Sold | 12/12/12 | J | A | |
| 330. -Ford Motor Credit | A | Interest | J | T | Buy | 1/9/12 | J | | |
| 331. -Proctor & Gamble Co (X) | A | Interest | J | T | | | | | |
| 332. -E.I. Du Pont De Nemours (X) | A | Interest | J | T | | | | | |
| 333. -Government of Canada (X) | A | Interest | J | T | | | | | |
| 334. -Australian Government | A | Interest | J | T | Buy | 12/13/12 | J | | |
| 335. -JSOSX | A | Int./Div. | J | T | Buy | 9/12/12 | J | | |
| 336. -Australian Government (Y) | | | | | Redeemed | 11/15/12 | J | A | |
| 337. -Bank of America (Y) | | | | | Redeemed | 9/11/12 | J | A | |
| 338. -Walgreen Co (Y) | | | | | Sold | 12/3/12 | J | A | |
| 339. -MDY | A | Int./Div. | J | T | Buy | 10/7/12 | J | | |
| 340. -EFA (Y) | A | Int./Div. | J | T | Buy (add'l) | 9/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 342. -EEM (Y) | A | Int./Div. | K | T | Sold (part) | 5/8/12 | J | | |
| 343. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 344. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 345. -IWF | A | Int./Div. | K | T | Buy | 9/14/12 | J | | |
| 346. -IWD | A | Int./Div. | K | T | Buy | 9/14/12 | J | | |
| 347. -IWO | A | Int./Div. | J | T | Buy | 9/14/12 | J | | |
| 348. -IWN | A | Int./Div. | J | T | Buy | 9/14/12 | J | | |
| 349. -IJK | A | Int./Div. | J | T | Buy | 9/14/12 | J | | |
| 350. -IJJ | A | Int./Div. | J | T | Buy | 9/14/12 | J | | |
| 351. -XLY | A | Int./Div. | J | T | Buy | 1/10/12 | J | | |
| 352. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 353. -STPP | A | Int./Div. | J | T | Buy | 2/3/12 | J | | |
| 354. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 355. -IWB | A | Int./Div. | J | T | Buy | 10/16/12 | J | | |
| 356. | | | | | Buy (add'l) | 11/1/12 | J | | |
| 357. -OIH | A | Int./Div. | J | T | Buy | 11/5/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/26/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -SMH | A | Int./Div. | J | T | Buy | 12/12/12 | J | | |
| 359.  -TBF (Y) | A | Int./Div. | J | T | Buy (add'l) | 2/9/12 | J | | |
| 360.  -EWH | A | Int./Div. | J | T | Buy | 5/21/12 | J | | |
| 361.  -EWM | | | | | Buy | 5/21/12 | J | | |
| 362. | | | | | Sold | 7/5/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: I serve as a Co-trustee on two trusts ▯. The trusts were established as part of ▯ estate ▯. We review the status of the trusts annually to assure they meets ▯ financial needs. Upon ▯ death, the balance, if any, will go to the ▯ equally, ▯. ▯ have waived our right to receive our lawful commission from the trusts.

PART VII: I've outsourced the preparation of my 2012 report to a new CPA. In connection with this change, many corrections to the prior year report have been made as outlined below, including removal of items inadvertently reported, addition of items that should have been reported and separation of the assets associated with Trust #1 and Trust #2.

Lines 2,12,13,14,15,20,22,24,25,29,30,31,32,33,36,37,39,40,41,42,43,44,45,46,47,55,56,58,59,66,119,122,132,133,134,135,136,137,141,142,143,144,145,146, 147,148,149,150,151,152,153,154,155,156,157,158,159,160,161,162,163,164,165,166,167,168,168,170,171,173,201,202,203,204,205,206,207,208,209,272,292, 293,300 and 301 are being removed from the report. These items should have been removed in previous reports but were inadvertently reported. Each of the assets were not present at the end of the previous reporting period, December 31, 2011.

Lines 67,69,70,71,72,73,74,75,81,82,227,228,232,233,234,235,236,242,244,248,309,311,331,332,333,340,342 and 359 are items that should have been reported on the 2011 report but were inadvertantly omitted. These items had transactions during 2012 that needed to be reported. These items are still owned at December 31, 2012.

Lines 94,98,99,104,105,106,107,108,109,110,111,239,240,241,336,337 and 338 are items that should have been reported on the 2011 reprt but were inadvertantly omitted. These items had transactions during 2012 that needed to be reported. These items are not owned at December 31, 2012.

Line 120 indicates the aggregate total for Trust #1. All of the information listed in lines 121 through 249 are the holdings for this trust.

The Sector Rotation Account at Line 249 is an account that buys stocks in Sector Rotation style for Trust #1. All stocks within the Trust have been disclosed in Part VII.

Line 250 indicates the aggregate total for Trust #2. All of the information listed in lines 251 through 362 are the holdings for this trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Diane Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544